# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

WILLIAM JAMES,

                         Plaintiff,                  17 **CIVIL** 6023 (KMK)

           -against-                            **JUDGMENT**

KILOLO KIJAKAZ1,
Commissioner of Social Security,

                        Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated July 15, 2021, The Court has reviewed the R&R and, finding no substantive error, clear or otherwise, adopts the R&R in its entirety.

Accordingly, it is hereby

ORDERED that the Report & Recommendation, dated April 29, 2021, is adopted in its entirety.

ORDERED that the Parties' cross-motions for judgment on the pleadings are terminated as moot.

ORDERED that this case is REMANDED to the Commissioner for further proceedings before a properly appointed ALJ.

ORDERED that, upon remand, this case shall be assigned to a different ALJ than the one who previously heard and decided Plaintiff's case on the merits; accordingly, this case is closed.

Dated: New York, New York

July 16, 2021

**RUBY J. KRAJICK**
**Clerk of Court**
BY: *(signature)*
**Deputy Clerk**